## SOILEAU v. STATE.
### No. 18062.

Court of Criminal Appeals of Texas.
March 4, 1936.

Louis M. Hitch, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing a still for the unlawful manufacture of intoxicating liquor; punishment being one year in the penitentiary.

After conviction, the law (Pen.Code 1925, art. 666 et seq., as amended) under which the prosecution was had was repealed (Vernon's Ann.P.C. art. 666—49). See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.

## JAHNS v. STATE.
### No. 18042.

Court of Criminal Appeals of Texas.
March 4, 1936.

John Storey, of Vernon, and L. H. Flewellen, of Ranger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is receiving and concealing stolen property; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the Court.